injury to the hand for which a schedule award has heretofore been made and paid. All concur.

In the Matter of the Claim of FANNY SMITH and Others, Respondents, v. STANCOURT LAUNDRY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

BENJAMIN STOLZ, as Trustee in Bankruptcy of GLENS FALLS JOBBING HOUSE, INC., Bankrupt, Appellant, v. WILLIAM I. GINSBURG and Others, Respondents.— Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Claim of JOHN STRZELESKI, Respondent, v. NIAGARA ELECTRO CHEMICAL COMPANY, Appellant. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the State Industrial Board, unless within thirty days the appellant perfects its appeal and pays said costs, in which event motion is denied.

In the Matter of the Claim of THOMAS SULLIVAN, Respondent, v. NATIONAL ANILINE AND CHEMICAL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of HARRY SUSSMAN, Respondent, v. HYMAN BERNER and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of FELIX TERRACCIANE, Respondent, v. MASTEN CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

In the Matter of the Claim of ANTONIO TRUNDARA, Respondent, v. NIAGARA RADIATOR AND BOILER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion denied.

FRED CRAVER, Appellant, v. HARRY G. MIX, Respondent.— Judgment and order reversed on the law, and new trial granted, with costs to the appellant to abide the event, for errors in the exclusion of evidence. All concur.

VILLAGE OF SARANAC LAKE, Respondent, v. MAURICE J. FLYNN, Appellant.— Motion granted by default.

VILLAGE OF SAUGERTIES, Respondent, v. GLOBE INDEMNITY COMPANY, Appellant.— Motion granted, with ten dollars costs.

In the Matter of the Claim of JOHANNA R. VIOLA, Respondent, v. H. H. FRANKLIN MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

WATERVLIET HYDRAULIC COMPANY, CHARLES F. STREET, as Receiver of the Mortgaged Premises and Property of WATERVLIET HYDRAULIC COMPANY and Others, Appellants, v. THE STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals granted.

In the Matter of the Claim of BESSIE WEINBERGER, Respondent, v. NEW YORK BULLETIN, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board.

In the Matter of the Claim of JOSEPH WILLIAMS, Respondent, v. WILLIAM ZINSSER & COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD,